## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**In Re:**
Ana Rivera Rivera
xxx-xx-1206

Case No.: 19-02048-BKT

**Chapter 13**

**Debtor(s)**

## TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

**TO THE HONORABLE COURT**:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1.      On **April 13, 2019 Docket 1,** Debtor has claimed exemption pursuant to **§522(d) (1)** in the amount of **$25,150.00** over residence, allowing debtor(s) to claim additional exemption pursuant to **§522(d) (5)** in an amount not to exceed **$1,325.00** over other property of the estate.

2.      Notwithstanding the above, the Debtor(s) claimed exemption pursuant to **§522(d) (5)**, in the amount of **$2,692.00** over property of the estate, therefore claiming **$1,367.00** in excess of what he/she/they had available.

| DESCRIPTION OF PROPERTY OF THE ESTATE CLAIMED EXCEMPT (COMPLETE OR PARTIALLY) | Exemption Allowed under 522(d)(1): $25,150.00 | | | Exemption Allowed under 522(d)(5) $1,325.00 plus Excess Remaining from (d)(1) | | |
|---|---|---|---|---|---|---|
| | Amount Available | Amount Claimed | Remaining Excess | Amount Available | Amount Claimed | Remaining Excess |
| Urb. Las Carolinas 389 Caguas | $25,150.00 | $25,150.00 | $0.00 | $1,325.00 | $0.00 | $0.00 |
| Urb. Las Carolinas 389 Caguas | | | | $1,325.00 | $36.00 | $0.00 |
| Banco Popular Account 4218 | | | | $1,289.00 | $150.00 | $0.00 |
| Tax refund | | | | $1,139.00 | $131.00 | $0.00 |
| Inh. Sucesion Enrique Rivera | | | | $1,008.00 | $2,375.00 | ($1,367.00) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION*                                                2

----------------------------------------------------------------------------------------------------

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

3.      The Trustee objects to the aforementioned exemption of **$1,367.00** claimed in excess over property of the estate.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the Debtor's claimed exemptions as set out above.

**NOTICE:** Within thirty (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 4003(b) and Local Bankruptcy Rule 9013 (a) the undersigned Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTORS and to their ATTORNEY, to their respective addresses of record.

**NEGATIVE CERTIFICATION PURSUANT TO SECTION 201(B)(4) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:** I hereby DECLARE UNDER PENANLTY OF PERJURY that according to the attached certification(s), provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the ARMY, NAVY, or AIR FORCES of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration

In San Juan, Puerto Rico this 29th day of May, 2019

--------------------------------------------------------------------------------------------------------------

*/s/ Jose R. Carrion*
**JOSE R. CARRION**
CHAPTER 13 TRUSTEES
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
ANA RIVERA RIVERA

CASE NO. 19-02048-BKT

CHAPTER 13

DEBTOR (S)

AFFIDAVIT FOR DEFAULT JUDGEMENT
PURSUANT TO SECTION 201(b)(4)
OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003


I , Andy Manzano , clerk for the Chapter 13 & 12 Trustee's Office, declare
under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of
Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or
under call to active duty as a member(s) of the Army, Navy or Air Forces of the
United States of America; the National Guard; the Public Health Service or the
National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

In San Juan, Puerto Rico, May 29, 2019.

Department of Defense Manpower Data Center



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-1206

Birth Date:

Last Name:        RIVERA RIVERA

First Name:       ANA

Middle Name:

Status As Of:     May-28-2019

Certificate ID:   ZGZK1DZMSNCHJTZ

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

19-02048-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | ANA RIVERA RIVERA<br>HC06 BOX 70894<br>CAGUAS, PR 00727-9506 |
| ANA RIVERA RIVERA<br>HC06 BOX 70894<br>CAGUAS, PR 00727 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BEST BUY/CBNA<br>PO BOX 6497<br>SIOUX FALLS,, SD 57117-6497 |
| BPPR AS SERVICING AGENT OF FANNIE MAE<br>C/O MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 | COMENITYCB/ZALES<br>PO BOX 182120<br>COLUMBUS,, OH 43218-2120 |
| DTOP<br>PO BOX 41269 MINILLAS STATION<br>SAN JUAN,, PR 00940-1269 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| ORIENTAL BANK<br>C/O DE DIEGO LAW OFFICES<br>PO BOX 79552<br>CAROLINA, PR 00984-9552 | ORIENTAL BANK<br>C/O WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 |
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN,, PR 00919-5115 | SEARS/CBNA<br>PO BOX 6217<br>SIOUX FALLS,, SD 57117-6217 |
| SYNCB/JC PENNEY DC<br>PO BOX 965007<br>ORLANDO,, FL 32896-5007 | SYNCB/SYNCHRONY HOME<br>C/O<br>PO BOX 965036<br>ORLANDO,, FL 32896-5036 |
| SYNCB/WALMART<br>PO BOX 965024<br>ORLANDO,, FL 32896-5024 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS,, SD 57117-6497 |

DATED:  May 29, 2019                    amanzano

                                        OFFICE OF THE CHAPTER 13 TRUSTEE